## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Blessing vs. Sirius XM Radio, Inc**    Docket No.: **11-4064(con) 11-3696(L)**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Christopher Batman, Pro Se**

Appearance for (party/designation): _____

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
[X] Correct
[ ] Incorrect. See attached caption page with corrections.

Appellate Designation is:
[X] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party      Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
[X] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: **Christopher Batman**
Firm: **Batman Law Firm**
Address: **500 N. Shoreline, Ste. 1020, Corpus Christi, Texas 78401**
Telephone: **361-698-5255**    Fax: **361-698-5250**
Email: **cbatman@batmanlawfirm.com**

### RELATED CASES

[X] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ([ ]) I am admitted to practice in this Court and, if required by Local Rule 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____.

Signature of Lead Counsel of Record: _____
Type or Print Name: **Christopher Batman**
    OR
Signature of pro se litigant: *[signed]*
Type or Print Name: **Christopher Batman**
[X] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.