# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand thirteen,

_____

| | |
|---|---|
| Carl Blessing, Edward A. Scerbo, John Cronin, Charles Bonisignore, Andrew Dremak, Todd Hill, Curtis Jones, Joshua Nathan, James Sacchetta, David Salyer, Susie Stanaj, Paul Stasiukevicius, Scott Byrd, Glenn Demott, Melissa Fast, James Hewitt, Ronald William Kader, Edward Leyba, Greg Lucas, Kevin Stanfield, Todd Stave, Paola Tomassini, Janel Stanfield, Brian Balaguera, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>Sirius XM Radio Inc.,<br><br>    Defendant - Appellee,<br><br>v.<br><br>Marvin Union, Adam Falkner, Nicolas Martin, Jill Piazza, Ken Ward, Ruth Cannata, Lee Clanton, Craig Cantrall, Ben Frampton, Kim Frampton, Joel Broida, John Sullivan, Sheila Massie, Jason M. Hawkins, Steven Crutchfield, Scott D. Krueger, Asset Strategies, Inc., Charles B. Zuravin, and Jennifer Deachin, Randy Lyons, Tom Carder, John Ireland, Jeannie Miller, Michael Hartleib, Brian David Goe, Donald K. Nace, Christopher Batman,<br><br>    Objectors - Appellants,<br><br>Linda Mrosko, Lange M. Thomas,<br><br>    Objectors. | **ORDER**<br><br>Docket Nos: 11-3696 (Lead)<br>11-3729 (Con)<br>11-3834 (Con)<br>11-3883 (Con)<br>11-3908 (Con)<br>11-3910 (Con)<br>11-3916 (Con)<br>11-3965 (Con)<br>11-3970 (Con)<br>11-3972 (Con) |

_____

Appellant Nicholas Martin filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk